

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN NUNO VELASCO, #96532 | ) ) ) |
| Plaintiff, | ) 3:10-cv-00434-RCJ-RAM ) |
| vs. | ) ) **ORDER** |
| KAY WEISS, *et al.*, | ) ) |
| Defendants. | ) |

Plaintiff has submitted a *pro se* civil rights complaint. Plaintiff included a financial certificate and partial filing fee; however, he has failed to submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form. The Clerk shall return the original financial certificate (docket #1-1) to plaintiff in order that he may attach it to his completed application. The partial filing fee that plaintiff has already remitted shall be credited toward the amount due.

1  **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis* on the form provided by this court.

**IT IS FURTHER ORDERED** that plaintiff is expressly cautioned that if he does not timely file an application to proceed *in forma pauperis* in compliance with this order this case may be immediately dismissed.

DATED: September 21, 2010.

_____
UNITED STATES MAGISTRATE JUDGE